**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gary M. Fieber, | : | Bankruptcy No. 19-24152 |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Gary M. Fieber, | : | |
| Movant, | : | Related to Doc. #19 |
| v. | : | |
| No Respondents | : | |
| Respondent. | : | |

**ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN,**
**STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING**
**AND RELATED DOCUMENTS**

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file his schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and related documents is hereby extended to November 21, 2019. It is further ORDERED that this Order is entered without prejudice to the Debtor's right to seek further extensions of such deadline, should circumstances so require.

Dated: _____November 8, 2019_____

_____sjk_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
11/8/19 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-24152-JAD
Gary M. Fieber                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Nov 08, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db              +Gary M. Fieber,   102 Golden Eagle Drive,   Venetia, PA 15367-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4