# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Gary M. Fieber, | : | Bankruptcy Case No.: 19-24152-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Gary M. Fieber, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 10, 11 |
| v. | : | |
| | : | |
| Credit Acceptance Corp, Internal Revenue Service, | : | |
| PA American Water, Select Portfolio Servicing, | : | |
| U.S. Attorney's Office, West Penn Power, | : | |
| Credit Management Company, Credit One Bank, | : | |
| | : | |
| Creditors, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | **Hearing Date and Time:** |
| | : | November 20, 2019 at 11:00 a.m. |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EXTEND AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 25, 2019 at Document No. 10 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 11, Objections were to be filed and served no later than November 10, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 10 be entered by the Court.

Date: November 12, 2019               /s/ Brian C. Thompson
                                      Brian C. Thompson, Esquire
                                      Attorney for Debtor
                                      PA ID No. 91197
                                      THOMPSON LAW GROUP, P.C.
                                      125 Warrendale Bayne Road, Suite 200
                                      Warrendale, PA 15086
                                      (724) 799-8404 Telephone

(724) 799-8409 Facsimile
bthompson@thompsonattorney.com