IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Gary M. Fieber, | : | Case No. 19-24152-JAD |
| Debtor. | : | Chapter  13 |
| Gary M. Fieber, | : | |
| Movant, | : | Document No.: |
| v. | : | |
| | : | Related to Document No.:  10 |
| Credit Acceptance Corp, Internal Revenue Service, ANS Landscaping, Capital One, Equitable Gas Company, James C. Warmbrodt, Esquire, Jeffrey R. Hunt, Esquire, John T. Burns, Esquire, MedExpress Billing, PA Department of Revenue, Peters Twp School District, Portfolio Recovery Associates, TSYS Debt Management, PA American Water, Select Portfolio Servicing, U.S. Attorneys Office, West Penn Power, Credit Management Company, Credit One Bank, | : | Hearing Date and Time: November 20, 2019 at 11:00 a.m. |
| Creditors, and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

**ENTERED BY DEFAULT**

<u>ORDER OF COURT</u>

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/12/19 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                          Case No. 19-24152-JAD
Gary M. Fieber                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw            Page 1 of 1             Date Rcvd: Nov 12, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db              +Gary M. Fieber,    102 Golden Eagle Drive,   Venetia, PA 15367-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4