# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 19-24152-JAD |
| | : | |
| GARY M. FIEBER, | : | Chapter 13 |
|    Debtor. | : | |
| | : | |

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO: CLERK, UNITED STATES BANKRUPTCY COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case be served upon the undersigned counsel.

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

Date: November 26, 2019    By:    /s/ Lauren A. Michaels
Lauren A. Michaels
Deputy Attorney General
Counsel to Pennsylvania
Department of Revenue
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222
Phone #: 412-235-9072
PA I.D. # 320686
Email: LMichaels@attorneygeneral.gov