**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24152−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Gary M. Fieber
   102 Golden Eagle Drive
   Venetia, PA 15367

Social Security No.:
   xxx−xx−8803

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 27, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 27, 2020<br>01:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/20/19                             BY THE COURT

                                           Jeffery A. Deller
                                           Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 19-24152-JAD
Gary M. Fieber                                                      Chapter 13
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                  Page 1 of 2                  Date Rcvd: Dec 20, 2019
                               Form ID: rsc13              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
db             +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457
cr             +Office of Attorney General, Department of Revenue,    Lauren A. Michaels,
                 1251 Waterfront Place,    Mezzanine Level,    Pittsburgh, PA 15222-4227
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15145773       +ANS Landscaping,    2150 Washington Road,    Canonsburg, PA 15317-4912
15147187       +Credit Acceptance,    25505 W Twelve Mile Rd,    Ste 3000,    Southfield MI 48034-8331
15145775       +Credit Acceptance Corp.,    PO Box 551888,    Detroit, MI 48255-1888
15145776       +Equitable Gas Company,    Attn: Judy Gawlowski,    200 Allegheny Center,
                 Pittsburgh, PA 15212-5339
15145778       +James C. Warmbrodt, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
15145779       +Jeffrey R. Hunt, Esquire,    Goehring Rutter & Boehm,    437 Grant St., 14th Floor,
                 Pittsburgh, PA 15219-6107
15145780       +John T. Burns. Esquire,    Burns Law Office,    14300 Nicollett Court,
                 Burnsville, MN 55306-4501
15145781       +MedExpress Billing,    PO Box 7964,    Belfast, ME 04915-7900
15145782       +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15145784        Peters Twp School District,    E. McMurray Road,    McMurray, PA 15317
15145787       +TSYS Debt Mangement,    PO Box 5155,    Norcross, GA 30091-5155
15145788       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                 700 Grant Street,    Pittsburgh, PA 15219-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:06:41      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
15145774       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 03:14:23      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
15145777       +E-mail/Text: cio.bncmail@irs.gov Dec 21 2019 03:06:18      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15145783       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:06:41      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
15145785        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:13:46
                 Portfolio Recovery Associates,    120 Corporate Blvd,    Suite 100,    Norfolk, VA 23502
15156918        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:06:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
15145786       +E-mail/Text: jennifer.chacon@spservicing.com Dec 21 2019 03:07:36
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
15166377       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 21 2019 03:06:56      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
15145789       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 21 2019 03:06:56      West Penn Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dkam                    Page 2 of 2                  Date Rcvd: Dec 20, 2019
                               Form ID: rsc13                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```