IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 19-24152-JAD |
| GARY M. FIEBER, | ) |
| | ) Chapter 13 |
|     Debtor, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) **Hearing Date:** Jan. 27, 2020 |
| | ) |
|     Movant, | ) |
| | ) |
| v. | ) Document No. |
| | ) Related to Document No. 26 |
| GARY M. FIEBER, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan, it is this ___ day of

_____, 2020,

ORDERED that confirmation of the Chapter 13 Plan filed by Debtor is denied.

_____
UNITED STATES BANKRUPTCY JUDGE