**FILING FEE PAID** ___Yes  ___No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Fieber**  (**JAD**)/TPA/CMB/GLT

Case Number: **19-24152**

Date of Meeting: **1/27/20**     Recording # **13**

Debtor(s) present **✓** or Not Present    (___No Payments Made or ~~partial payments~~)

Attorney for debtor(s) **Thompson**    (Present **✓** or Not Present)

Date of Plan at § 341: **11/21/19**    Applicable commitment period ___3 yrs **✓** 5 yrs

Lombard & Bence for IRS
Looking for amended 2017 & 2018

(1) Debtor is proposing to pay a $1 million mortgage with 0% to UNS.

(2) Amts reflected in in schedules for income is inconsistent with TAX returns. No Est tax payments for 2019.

(3) No payments to date to Trustee.    $18225 arrears    No payments to date

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___Final ___Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    ___ 341 Meeting OR ___ Conciliation Conf. OR **✓** *Contested Hearing
    On **2/5/20** at **11:00** am/**pm** Location _____

Chapter 13 Trustee/Attorney for Trustee