# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### Proceeding Memo

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | GARY M. FIEBER |
| Case Number: | 19-24152-JAD        Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, FEBRUARY 05, 2020  11:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

**Matter:**

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 11/21/2019
+Objections By: USA Treasury, IRS filed 1/16/2020 @ Doc. #37
- 341 Meeting Minutes from 1/27/2020 @ Doc. #39
R / M #:  26 / 0

**Appearances:**

TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S):  Brian C. Thompson, Esq.
CREDITOR:  Jill Locnikar, Esq. [for IRS]

FILED
2/5/20 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order: _____
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:          * ORDER

Confirmation is denied. An order shall be entered that dismisses this bankruptcy case without prejudice.

JEFFERY A. DELLER
U.S. Bankruptcy Judge        2-5-2020

Page 1 of 1                                    2/4/2020   12:13:56PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24152-JAD
Gary M. Fieber                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam                  Page 1 of 1                  Date Rcvd: Feb 05, 2020
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db             +Gary M. Fieber,    102 Golden Eagle Drive,    Venetia, PA 15367-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    PETERS TOWNSHIP AND PETERS TOWNSHIP SD jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Lauren Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue lmichaels@attorneygeneral.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8