# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
GARY M. FIEBER, : Bankruptcy No. 19-24152-JAD
:
:
:
: Issued Per The 2/5/2020
: Proceeding
:
:
Debtor(s) : Chapter 13
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this **5th** day of **February, 2020**, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

FILED
2/5/20 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00027568

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24152-JAD
Gary M. Fieber                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dkam              Page 1 of 2         Date Rcvd: Feb 05, 2020
                             Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
```
db              +Gary M. Fieber,   102 Golden Eagle Drive,   Venetia, PA 15367-1457
cr              +Office of Attorney General, Department of Revenue,   Lauren A. Michaels,
                 1251 Waterfront Place,   Mezzanine Level,   Pittsburgh, PA 15222-4227
cr              +PETERS TOWNSHIP AND PETERS TOWNSHIP SD,   GRB Law,   437 Grant Street 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street,   Pittsburgh, PA  15219,
                 U.S.A. 15219-1906
15145773        +ANS Landscaping,   2150 Washington Road,   Canonsburg, PA 15317-4912
15147187        +Credit Acceptance,   25505 W Twelve Mile Rd,   Ste 3000,   Southfield MI 48034-8331
15145775        +Credit Acceptance Corp.,   PO Box 551888,   Detroit, MI 48255-1888
15145776        +Equitable Gas Company,   Attn: Judy Gawlowski,   200 Allegheny Center,
                 Pittsburgh, PA 15212-5339
15145778        +James C. Warmbrodt, Esquire,   KML Law Group, PC,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
15145779        +Jeffrey R. Hunt, Esquire,   Goehring Rutter & Boehm,   437 Grant St., 14th Floor,
                 Pittsburgh, PA 15219-6107
15145780        +John T. Burns. Esquire,   Burns Law Office,   14300 Nicollett Court,
                 Burnsville, MN 55306-4501
15145781        +MedExpress Billing,   PO Box 7964,   Belfast, ME 04915-7900
15145782        +PA American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15183403        +Peters Township and Peters Township SD,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15145784         Peters Twp School District,   E. McMurray Road,   McMurray, PA 15317
15145787        +TSYS Debt Mangement,   PO Box 5155,   Norcross, GA 30091-5155
15145788        +U.S. Attorneys Office,   Western District of PA,   4000 U.S. Post Office & Courthouse,
                 700 Grant Street,   Pittsburgh, PA 15219-1906
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15145774        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 02:59:37     Capital One,
                 PO Box 30281,   Salt Lake City, UT 84130-0281
15178172         E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 02:46:15
                 Deutsche Bank National Trust Company et. al,,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
15145777        +E-mail/Text: cio.bncmail@irs.gov Feb 06 2020 02:44:54     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
15145783        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 02:45:18     PA Department of Revenue,
                 Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
15145785         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 03:00:08
                 Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,   Norfolk, VA 23502
15156918         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 02:45:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
15145786        +E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2020 02:46:15
                 Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
15166377        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 06 2020 02:45:32     West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
15145789        +E-mail/Text: bankruptcy@firstenergycorp.com Feb 06 2020 02:45:32     West Penn Power,
                 800 Cabin Hill Drive,   Greensburg, PA 15606-0001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dkam              Page 2 of 2            Date Rcvd: Feb 05, 2020
                              Form ID: pdf900         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Gary M. Fieber bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    PETERS TOWNSHIP AND PETERS TOWNSHIP SD jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Lauren   Michaels    on behalf of Creditor    Office of Attorney General, Department of Revenue
               lmichaels@attorneygeneral.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```